TO THE HONORABLE UNITED STATES MAGISTRATE JUDGE (BD)
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
Dallas Division

ORIGINAL

SFX MOTOR SPORTS, INC.
A Texas Corporation

Plaintiff and Counter Defendant,

v.

ROBERT "BOB" DAVIS,
TRIPLECLAMPS,
www.SupercrossLive.com,

Defendants and Counter Claimants

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN 2 2 2006
CLERK, U.S. DISTRICT COURT
By _____
Deputy

Civil Action No. 3:06-CV-0276-L

## DEFENDANT AND COUNTER CLAIMANT'S
## MOTION FOR SUMMARY JUDGMENT

Defendant and Counter Claimant Robert Davis and TripleClamps and
www.SupercrossLive.com moves for SUMMARY JUDGMENT.

Plaintiff has filed this action claiming infringement by Defendants' of some form of
common law, and to be supported at some future date by the filing of
documentation with the Trademark Commission and the promise of an amendment
to this proceeding. This is a FRAUD upon this Court.

Unknowingly by either party, both parties filed applications with the Trademark
Commission

Defendant Davis filed an application with the Trademark Commission on or about
February 21, 2006. This application shows first usage to be on October 18, 2003 and
"www.SupercrossLive.com" URL was obtained as evidence of such usage.

Plaintiff filed an application with the Trademark Commission on February 17, 2006
claiming usage of "SUPERCROSS LIVE!" on January 00, 2004.

**WHEREFORE, PREMISES CONSIDERED, DAVIS prays that the Court issue SUMMARY JUDGMENT in favor of Counter Claimant DAVIS, TripleClamps and www.SupercrossLive.com. And award to Counter Claimant's such actual amounts and damages as the Court deems appropriate.**

**Further, and that the court hear this motion on June 23rd, 2006 at 10:00 a.m.**

Dated: June 21, 2006

Respectfully submitted

*[signature]*

Robert "Bob" Davis, TripleClamps, and www.SupercrossLive.com

Robert Davis
10709 Wolfcreek Ln
Rowlett, Texas 75089
(972) 475-6590

CERTIFICATE OF SERVICE

A copy of this document has been forwarded to Robert W. Kantner, Baker Botts LLP on June 21, 2006 via regular mail.