IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LIVE NATION MOTOR SPORTS, INC., formerly known as SFX MOTOR SPORTS, INC., a Texas Corporation, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 3-06CV0276-L **ECF** |
| ROBERT DAVIS, TRIPLECLAMPS and *www.supercrosslive.com*, | ) ) ) | |
| Defendants. | ) | |

## JOINT MOTION FOR ENTRY OF FINAL JUDGMENT

The parties have settled this case. Pursuant to their settlement agreement, the parties request that the Court approve and sign the attached Final Judgment (Exhibit A).

Respectfully submitted,

/s/ Steven G. Schortgen
Steven G. Schortgen
State Bar No. 00794603
BAKER BOTTS L.L.P.
2001 Ross Avenue
Dallas, TX 75201-2980
Phone: 214.953.6500
Fax: 214.953.6503

Attorney for Plaintiff
LIVE NATION MOTOR SPORTS, INC.,
formerly known as SFX MOTOR SPORTS, INC.

/s/ Signed with express, written permission by S.Schortgen
Robert Davis (Pro Se)
6702 Dalrock Road, Suite 126-213
Rowlett, TX 75089
Phone: 972.475.6590
Fax: 972.475.6590